# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2373
_____

MONTERIOUS ARTESE SHEPPARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the County Court for Alachua County.
Kristine Van Vorst, Judge.

December 9, 2025

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROWE and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jessica J. Yeary, Public Defender, and Tyler Kemper Payne, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Julian E. Markham, III, Assistant Attorney General, Tallahassee, for Appellee.